**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD PERCEFULL
ADC # 148005**                                                                                                           **PLAINTIFF**

**V.**                      **CASE NO. 4:12CV00154 BSM**

**CHRIS CLAYBAKER
Mayor, Camden, AR, et al.**                                                              **DEFENDANTS**

## ORDER

Although plaintiff Richard Percefull filed this 42 U.S.C. § 1983 case in this district, it appears from the allegations contained in the complaint [Doc. No. 2] that venue properly lies in the Western District of Arkansas, Hot Springs Division. Accordingly, the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a).

The clerk is directed to immediately transfer a copy of this order and the original file herein to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 21st day of March 2012.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE